## FORD MOTOR CO. *v.* PACE ET AL.

No. 431.   Decided November 21, 1960.

*William T. Gossett, L. Homer Surbeck* and *Cecil Sims* for appellant.

*K. Harland Dodson, Jr.* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question.

## DART DRUG CORP. OF MARYLAND ET AL. *v.* GADOL ET AL., DOING BUSINESS AS FOUR CORNERS PHARMACY.

No. 435.   Decided November 21, 1960.

*Milton M. Gottesman* for appellants.

*Joseph S. Kaufman* and *Stedman Prescott, Jr.* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.